```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

----------------------------------------
PERRY BURNS,                              Criminal No. 08-701-4

          Petitioner,
v.                                        **O R D E R**

UNITED STATES OF AMERICA

          Respondent.
----------------------------------------

On August 10, 2011, Petitioner filed a Motion for Request for Sentencing Minutes (filed in 2:08CR00701-04) in order to prepare a pro se 28 U.S.C. § 2255 with respect to the above captioned matter. Petitioner has also requested the transcripts of the recorded conversations that were presented to the jury during the trial however these recorded conversations were not transcribed,

It is on this 23rd day of August 2011,

**ORDERED** that Petitioner's motion is granted and Walter Perelli, C.C.R., shall provide Petitioner with the May 17, 2010 transcript of his sentencing. Said transcript shall be provided at the government's expense.

                              s/William J. Martini

                              _____
                              WILLIAM J. MARTINI, U.S.D.J.